IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN REILLY,

        Plaintiff,

v.                                                                                                                   4:10cv313-WS

JENNIFER DAVIS,

        Defendant.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed August 26, 2010. The magistrate judge recommends that the plaintiff's amended complaint be dismissed for lack of subject matter jurisdiction and for failure to state a claim. The plaintiff's copy of the report and recommendation was returned to the court as undeliverable. Doc. 11. Although it is his responsibility to do so, the plaintiff has not provided the court with a current address.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is ADOPTED and incorporated by reference into this order.

2. The plaintiff's amended complaint and this action are DISMISSED for lack of subject matter jurisdiction and for failure to state a claim.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___28th___ day of __September__, 2010.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE