UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN REILLY,

      Plaintiff,

v.                                         4:10cv313–WS/CAS

JENNIFER DAVIS,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc.

16) docketed August 15, 2018. The magistrate judge recommends that Plaintiff's

Motion to Correct Judgment (doc. 14) be denied. Plaintiff has filed objections (doc.

17) to the report and recommendation.

The court has reviewed the record and—like the magistrate judge—finds

that Plaintiff has failed to establish that he is entitled to relief under Rule 60(b).

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 16) is

ADOPTED and incorporated into this order by reference.

      2. Plaintiff's Motion to Correct Judgment (doc. 14) is DENIED.

      DONE AND ORDERED this   <u>21st</u>   day of   <u>September</u>  , 2018.


                <u>s/ William Stafford</u>
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE